UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KLAUDIUSZ MARCZUK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　　　Defendant. | Case No. 2:11-cv-00462-APG-CWH<br><br>**Order Dismissing Case With Prejudice** |

　　　On June 7, 2013, Magistrate Judge Hoffman entered his Report and Recommendation [Dkt #15] recommending dismissal of Plaintiff's Amended Complaint [Dkt #13] with prejudice. As set forth in that Report and Recommendation, pursuant to Local Rule IB 3-2, any objection to Judge Hoffman's Report and Recommendation had to be filed within 14 days from the date of service. To date, no objection has been filed.

　　　Based upon the findings and conclusions set forth by Judge Hoffman, the failure to file any objection thereto, and this court's *de novo* review,

　　　**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is adopted and approved in its entirety, and Plaintiff's Amended Complaint is dismissed with prejudice.

　　　Dated: October 7, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE